ALWIN PAULI, as Administrator, etc., of ESTHER M. PAULI, Deceased, and Others, Respondents, v. ST. PAUL MERCURY INDEMNITY COMPANY (ST. PAUL, MINNESOTA), Appellant.— Judgment affirmed, with costs. Memorandum: In this policy of casualty insurance which was so worded that the form might be used to include coverages of risks from fire, theft, tornado and so forth, which, however, were not underwritten, a representation as to the motor car in question being subject to no lien, mortgage or other incumbrance, was immaterial to the casualty risks assumed. The insured's use of the car in guiding fire apparatus to a fire while the insured was a volunteer fireman was, under the evidence in this case, a use coming within the terms "pleasure and business" which were defined by the policy itself as " personal,". " pleasure," " family " and " business " use. The insured voluntarily undertook to conduct the fire apparatus without being required in the performance of his duty as a volunteer fireman to do so, and received no compensation therefor. The language must be liberally construed, and we reach the conclusion that the use of the insured's own car was a personal one. All concur. (The judgment is for plaintiffs in an action by a judgment creditor against a liability insurance company.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ. [167 Misc. 417.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WAYNE BARTLETT LOOKER, Appellant.— Order affirmed, without costs of this appeal to either party. Memorandum: The evidence presents a fair question of fact. The principal defense is an alibi. In such case, everything depends on the credibility of the witnesses, and, in this case, also on the accuracy of memory of events occurring many months previously, and, at the time, rather immaterial to the witnesses. Considering the proof of inclination and opportunity, which is not disputed, as well as on the other testimony in the record, we conclude that the order was not contrary to the weight of the evidence. All concur. (The order directs defendant to contribute to the support of an infant, in a filiation proceeding.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

MATTHEW J. McKEON, Respondent, v. JOSEPH LIEBSCHUTZ and JULIAN LIEBSCHUTZ, Appellants. — Judgment affirmed, with costs. Memorandum: There are no errors of law in the record, and while the questions of negligence and contributory negligence are close, we cannot say that the verdict is against the weight of the evidence. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.